**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERRESE DANIELS,

    Plaintiff,

v.                                                  CASE NO:  8:05-cv-1392-T-30TBM

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER TO PRODUCE

    THIS CAUSE comes before the Court upon the request of Plaintiff's counsel to have the Plaintiff, Gerrese Daniels, present for trial commencing on Monday, February 11, 2008. Plaintiff, Gerrese Daniels, is currently incarcerated and in the custody of the Manatee County Sheriff's Office.

    It is therefore ORDERED AND ADJUDGED that the **Sheriff of Manatee County** shall produce the Plaintiff, Gerrese Daniels, for a jury trial commencing on **MONDAY, FEBRUARY 11, 2008, at 9:00 A.M.** to the United States District Court, Sam M. Gibbons Courthouse, 801 N. Florida Avenue, Courtroom #13A, Tampa, Florida  33602.  Said trial is anticipated to take up to two (2) weeks to complete.  Gerrese Daniels shall be produced until the completion of the jury trial.

    **DONE** and **ORDERED** in Tampa, Florida on January 28, 2008.

                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2005\05-cv-1392.order to produce