UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERRESE DANIELS

    Plaintiff,

v.                                  Case No.  8:05-cv-1392-T-30TBM

PRISON HEALTH SERVICES, INC. and
SABRINA H. LASKER

    Defendants.

_____

### JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants, Prison Health Services, Inc. and Sabrina H. Lasker, and against the Plaintiff, Gerrese Daniels.

Date:  February 15, 2008                      SHERYL L. LOESCH, CLERK

                                                      By:  S. Boswell, Deputy Clerk