**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GERRESE DANIELS,**

    **Plaintiff,**

Case No. 8:05-cv-1392-T-30TBM

v.

**PRISON HEALTH SERVICES, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Florida Department of Corrections' ("FDOC") Motion for Apportionment of $100,000 Settlement Proceeds (Dkt. 228), and Plaintiff's Response in opposition to the same (Dkt. 232). On February 27, 2008, the Court heard oral argument from the parties regarding this matter. For the reasons stated on the record during oral argument, it is ORDERED AND ADJUDGED that:

1. The FDOC's Motion for Apportionment of $100,000 Settlement Proceeds (Dkt. 228) is **DENIED without prejudice**.

2. Plaintiff's counsel shall notify counsel for the FDOC within fifteen (15) days should it receive any additional funds in connection with this case.

3. The Clerk is directed to disburse the $100,000 paid into the Court's registry by the Board of County Commissioners for Sarasota County, Florida (Dkt. 212),

plus any interest accrued thereon, to Plaintiff's counsel's trust account in accordance with the direction of counsel.

**DONE** and **ORDERED** in Tampa, Florida on February 27, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1392.mt apportionment.frm